### Appeal of KEYSTONE TABLE COMPANY.        Docket No. 533.

A taxpayer who has sustained a net loss in the calendar year 1920 may not deduct that loss from the net income of 1921, because the Revenue Acts of 1918 and 1921 do not contemplate such a right.

Submitted January 12, 1925; decided January 27, 1925.

*Mr. W. O. Knaub*, General Manager of the company, for the taxpayer.

*J. A. Adams, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before GRAUPNER, LANSDON, LITTLETON, and SMITH.

This appeal involves a deficiency in income taxes for the year 1921 in the amount of $387.93. From the evidence presented at the hearing the Board makes the following

#### FINDINGS OF FACT.

1. The taxpayer is a Pennsylvania corporation engaged in the manufacture of furniture at Mount Wolf, Pa. In 1916 the corporation purchased a factory at Johnson City, Tenn. This factory was a losing venture and was sold in 1920 at a loss of $43,249.60. This loss was entered on the company's tax return for the calendar year 1920 as a deduction. The net loss exceeded the net income of the taxpayer for that year by the amount of $33,489.95.

2. The taxpayer in making its return for the year 1921 sought to deduct the amount of $33,489.95 from its net income for that year.

The Commissioner disallowed the deduction, which resulted in the deficiency appealed from.

### DECISION.

The determination of the Commissioner is approved.

### OPINION.

GRAUPNER: The Revenue Act of 1918 contains no provisions which would permit the taxpayer to deduct the loss sustained by it in 1920 from the net income of the year 1921. Section 204(b) of the 1921 act expressly limits the operation of its provisions to losses sustained after December 31, 1920. Section 204(b) of the 1918 act provides no relief for the taxpayer and it is without the privilege granted in the later act; therefore, the determination of the Commissioner must be sustained.